IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| James Mobley, | : | |
| Plaintiff | : | Civil Action 2:13-cv-00286 |
| v. | : | Judge Watson |
| State of Ohio Department of Rehabilitation and Correction, *et al.*, | : | Magistrate Judge Abel |
| | : | |
| Defendants | | |

# **ORDER**

The Clerk of Court is DIRECTED to remove documents 14 and 15 from the pending motions list. Plaintiff is ORDERED to pay the Court's $350 filing fee within thirty (30) days of the date of this Order.

s/Mark R. Abel
United States Magistrate Judge