IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

James Mobley,                                    :

           Plaintiff                     :        Civil Action 2:13-cv-00286

v.                                               :        Judge Watson

State of Ohio Department of                      :        Magistrate Judge Abel
Rehabilitation and Correction, *et al.*,
                                     :

           Defendants

## ORDER

The Clerk of Court is DIRECTED to remove documents 13, 18, 20, and 21 from the pending motions list. Plaintiff has not explained why he is tendering the exhibits now. They do not appear to be exhibits that he intended to attach to the complaint. There are no motions pending that require the filing of exhibits for the Court to rule on the motions.

Plaintiff's June 3, 2013 motion to place a Court order against plaintiff's inmate funds account at Marion Correctional Institution (doc 17) is DENIED. The Court has provided plaintiff with an extension of time in which to pay the $350.00 filing fee. If plaintiff requires another extension of time, he should file a motion seeking another extension. However, it is plaintiff's responsibility to pay the filing fee. If prison rules require him to transmit a request to the prison cashier to make a check payable to the

1

Clerk of Court in the amount of $350.00 dollars, then he must do so. The Clerk of Court regularly receives checks from prison cashiers, and the Court has no reason to believe that if plaintiff makes a proper request to the cashier that the cashier won't forward the check to the Clerk of Court.

s/Mark R. Abel<br>
United States Magistrate Judge