IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| James Mobley, | : | |
| Plaintiff | : | Civil Action 2:13-cv-00286 |
| v. | : | Judge Watson |
| State of Ohio Department of Rehabilitation and Correction, *et al.*, | : | Magistrate Judge Abel |
| | : | |
| Defendants | | |

## ORDER

Plaintiff James Mobley's April 17, 2013 motion for default judgment (doc. 7) is DENIED. The docket does not reflect that any of the defendants have been served with the summons and complaint.

s/Mark R. Abel
United States Magistrate Judge