UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**James Mobley,**

    **Plaintiff,**

    v.                                                   Case No. 2:13-cv-286

**State of Ohio Department
Of Rehabilitation and Correction,** *et al.*,       Judge Michael H. Watson

    **Defendants.**

## OPINION AND ORDER

    James Mobley ("Plaintiff") moved for leave to proceed in forma pauperis in this pro se prisoner civil rights case. Mot., ECF No. 1. Magistrate Judge Abel recommended denying Plaintiff's motion because his affidavit and the prison cashier's statement of inmate account stated Plaintiff had $7,680.01 in his inmate account. Report and Recommendation, ECF No. 2. Plaintiff filed many motions, notices, and letters but did not object to the Report and Recommendation, and he has since paid the filing fee. Accordingly, the Report and Recommendation is **ADOPTED**, and Plaintiff's motion or leave to proceed in forma pauperis is **DENIED**. The Clerk shall terminate ECF Nos. 1 and 2 from the pending case list.

    IT IS SO ORDERED.

                                                             MICHAEL H. WATSON, JUDGE
                                                             UNITED STATES DISTRICT COURT