# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**James Mobley,**

    **Plaintiff,**

    v.                                              Case No. 2:13–cv–286

**State of Ohio Department**            Judge Michael H. Watson
**of Rehabilitation and Correction,** *et al.*,

    **Defendants.**

## ORDER

Pro se plaintiff James Mobley ("Plaintiff") moves to enter exhibits, ECF Nos. 26, 34, 38, 41; for judgment, ECF No. 27; to be released under federal supervision pending the Court's decision on his complaint, ECF No. 32; to be placed in the custody of the United States Marshal's Office, ECF No. 33; to place his civil action on an accelerated docket, ECF No. 35; and for discovery, ECF Nos. 37, 40. Magistrate Judge Abel recommends in a report and recommendation ("R&R") that Plaintiff's case be dismissed without prejudice for failure to serve under Federal Rule of Civil Procedure 4(m). R&R 1, ECF No. 42.

The R&R stated that failure to object within fourteen days would result in a waiver of the right to *de novo* review by the undersigned as well as a waiver of the right to appeal the judgment of the District Court. *Id.* at 2.

Plaintiff responded with a respectful handwritten letter on October 24, 2013, thanking the Court, stating that he does not object to the R&R, and further

stating that he does not intend to file any additional complaints under 42 U.S.C. § 1983.  Letter, ECF No. 44.

Having received no objections, the Court adopts the R&R and dismisses this case without prejudice for failure to serve.  The Clerk shall terminate the case.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**